UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHEAP RIDES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>WESTERN HERITAGE INSURANCE COMPANY, and BURNS & WILCOX, LTD.,<br><br>  Defendants. | 4:18-CV-04030-RAL<br><br>JUDGMENT OF DISMISSAL |

On September 19, 2019, the parties filed a Joint Motion for Dismissal, Doc. 25. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 26th day of September, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE